396 A.2d 827

Commonwealth v. Root, Appellant.

Argued October 25, 1978. Michael J. Wherry, Public Defender, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.